**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 25-6762**

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

MICHAEL JEROME ORR,

Defendant - Appellant.

Appeal from the United States District Court for the Western District of North Carolina, at Charlotte.  Graham C. Mullen, Senior District Judge.  (3:98-cr-00322-GCM-1)

Submitted:  March 12, 2026                                    Decided:  March 17, 2026

Before WILKINSON and KING, Circuit Judges, and KEENAN, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Michael Jerome Orr, Appellant Pro Se.  Amy Elizabeth Ray, Assistant United States Attorney, OFFICE OF THE UNITED STATES ATTORNEY, Asheville, North Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Michael Jerome Orr appeals the district court's order denying his most recent 18 U.S.C. § 3582(c)(1)(A) motion for compassionate release.* Upon review of the record, we find no abuse of discretion in the denial of Orr's motion. *United States v. Burleigh*, 145 F.4th 541, 548-49 (4th Cir. 2025) (discussing standard of review and standards for its application). Specifically, the appealed order, which issued in September 2025, incorporated by reference the court's November 2021 order in which the court considered many of the same arguments that Orr raised in the subject motion and denied relief after (a) ruling that Orr satisfied the "extraordinary and compelling reasons" standard, *see* 18 U.S.C. § 3582(c)(1)(A)(i); and (b) considering the 18 U.S.C. § 3553(a) factors. Accordingly, we affirm the district court's order. *United States v. Orr*, No. 3:98-cr-00322-GCM-1 (W.D.N.C. Sep. 4, 2025). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

---

* Orr has filed motions to expedite a decision and to clarify, which we deny as moot.

2